UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

               Plaintiff,

vs.

ESTEBAN PONCE-BELTRAN,

               Defendant.

CASE NO. 12CR3701-JLS

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

XX  the jury has returned its verdict, finding the defendant not guilty;

XX  of the offense(s) as charged in the Indictment:

21 USC 952 AND 960 - UNLAWFUL IMPORTATION OF A CONTROLLED SUBSTANCE.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 22, 2013

Janis L. Sammartino
U.S. District Judge